**Opinion issued November 22, 2022**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00664-CV

———————————

**RODD TODD, Appellant**

**V.**

**C. T. NGUYEN, Appellee**

**On Appeal from the 247th District Court**
**Harris County, Texas**
**Trial Court Case No. 2014-27121**

## MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss this appeal because the parties have reached an agreement to settle the underlying dispute. No opinion has issued.

Accordingly, we grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Farris.